# AFFIDAVIT OF UNDERSIGNED'S STAFF
## (MARTHA INFANTE, LEGAL ASSISTANT TO CARMEN BENAVIDES RAMIREZ)

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 5:22:33 PM
KEITH E. HOTTLE
Clerk

## EXHIBIT B

**STATE OF TEXAS** §

**COUNTY OF HIDALGO** §

BEFORE ME, the undersigned authority, on this day personally appeared MARTHA INFANTE, who is personally known to me, and first being duly sworn, upon his oath deposed and said:

My name is MARTHA INFANTE. I am over the age of 18 and am of sound mind and body, and am capable of giving this statement. I am employed by Carmen Benavides Ramirez as her legal assistant. I have informed and forwarded to Lisa A. Watkins any and all documents received by Ms. Ramirez. Lisa A. Watkins has informed me that she understands that Ms. Ramirez does not represent her in the appellate court. I do hereby swear that I am familiar with the factual statements made. They are true and correct.

_____
Martha Infante

SUBSCRIBED AND SWORN TO BEFORE ME on the 28TH day of September 2015, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas
My Commission Expires: 8 | 5 | 17



DAISY BUENTELLO
My Commission Expires
August 5, 2017

Page 1 of 1